# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**377**
**CA 11-01440**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

KATHLEEN E. TAFT, PLAINTIFF-APPELLANT,

V                                                                          ORDER

ANDREA G. MORAN AND DENISE J. MCILWAIN, ALSO
KNOWN AS DENISE J. AKINS, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 1.)

---

LAW OFFICE OF JACOB P. WELCH, CORNING (ANNA CZARPLES OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

LEVENE GOULDIN & THOMPSON, LLP, VESTAL (SARAH E. NUFFER OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered April 7, 2011 in a personal injury action. The order granted the motion of defendants for summary judgment dismissing the complaint and denied the cross motion of plaintiff for partial summary judgment.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  March 16, 2012                          Frances E. Cafarell
                                                  Clerk of the Court